AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 24 2024

MITCHELL R. ELFERS
CLERK OF COURT



| | |
|---|---|
| In the Matter of the Search of<br>(Briefly describe the property to be searched<br>or identify the person by name and address)<br><br>a black iPhone (Subject Telephone) | )<br>)<br>)  Case No.  24-1948 mr<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
(identify the person or describe the property to be searched and give its location):

a black iPhone, more fully described in Attachment A, which is attached incorporated herein.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Attachment B, attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     November 7, 2024
                                                                                                               (not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Jerry H. Ritter_____.
                        (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)  ☐ for _____ days (not to exceed 30).
                                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  October 24, 2024  12:53 p.m.        _____
                                                                                                           Judge's signature

City and state:     Las Cruces, New Mexico             Jerry H. Ritter, United States Magistrate Judge
                                                                                          Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 24-1948.MR | Date and time warrant executed: 10/24/2024 1539 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: CFA Roy Vasquez, HSI |||
| Inventory of the property taken and name of any person(s) seized: — Electronic Data |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/24/2024

_____
Executing officer's signature

PABLO E. ROMERO, Special Agent
Printed name and title